COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-14-00988-CV |
| Style: | Guillermina Sandoval, et al. v. American Pointe Realty, Ltd. |
| Date motion filed*: | February 26, 2015 |
| Type of motion: | Letter-Motion for Extension of Time to File Reporter's Record |
| Party filing motion: | Appellant |
| Document to be filed: | Evidence of Payment or Arrangement to Pay for Reporter's Record |

Is appeal accelerated?     No

If motion to extend time:

    Original due date:              January 23, 2015

    Number of extensions granted:    0  Current Due Date:  February 26, 2015 (Response)

    Date Requested:             N/A (2-3 weeks from date of extension)

Ordered that motion is:

   ☑ Granted, in part; if document is to be filed, document due:  April 9, 2015.

   ☐ Denied, in part

   ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

   ☑ Other: _____

   Appellant's motion for an extension of time to file the reporter's record is denied because the reporter is responsible for filing it, provided it has been requested and paid for. *See* TEX. R. APP. P. 35.3(b)(2), (3).  The 12/29/14 indigency record shows appellant was found not indigent and his counsel apparently paid for the clerk's record on 3/2/15.  Because counsel states that he has so far been unable to reach the reporter, to the extent appellant's motion requests an extension to pay for the reporter's record, it is granted.  However, if appellant fails to pay or make arrangements to pay for the reporter's record by 4/9/15, the Clerk will set the briefing schedule and this Court may consider and decide those issues or points that do not require a reporter's record. *See* TEX. R. APP. P. 37.3(c)(2).

Judge's signature: /s/ Evelyn V. Keyes
                       ☒ Acting individually
Date:  March 10, 2015